JO ANN O'CONNOR
ROBERT H. O'CONNOR
75940 NELSON LANE
PALM DESERT, CA  92211

FILED

2014 JUN 25 P 1: 50

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JoAnn O'Connor, *individual*<br>Robert H. O'Connor, *individual*<br>Plaintiff<br><br>vs.<br><br>CAPITAL ONE, N.A<br>Defendant | ) <br>) CASE NO: 14-CV-00209-~~JCS~~ KAW<br>)<br>) **NOTICE OF VOLUNTARY**<br>) **DISMISSAL WITHOUT PREJUDICE**<br>) **AS TO DEFENDANT CAPITAL ONE, N.A.**<br>) **PURSUANT TO F.R.C.P.**<br>) **41 (a)(1)(A)(i)**<br>)<br>) |

**COMES NOW,** Plaintiff Robert O'Connor, pro se  Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, hereby moves to voluntarily dismiss Complaint, without prejudice, against Capital One, N.A. herein as the "Defendants").

Plaintiff has come to the understanding that venue is incorrect, and request that he be granted a dismissal without prejudice in order to refile complaint in the proper venue.

Dated : June 20, 2014

_____
Robert H. O'Connor, Plaintiff, in Pro Se

_____
JoAnn O'Connor, Plaintiff in Pro Se

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18 years and served on the Defendant in the manner checked below and on the date stated and signed below.

[XXX] **BY MAIL** – I served a true and correct copy of the above named documents by mail by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the U.S. Mail at Palm Desert, California. Said envelope(s) was/were addressed as listed below.

[ ] **VIA FACSIMILE** – I caused to be transmitted by facsimile machine a true copy of the above named document(s), to the below listed, and the transmission was reported as complete and without error.

[ ] **BY PERSONAL SERVICE** - I caused to be served by hand a true copy of the above named documents as listed hereafter.

**SEVERSON & WERSON**
Attn: Alex C. Sears
One Embarcadero Center, Suite 2600
San Francisco, Ca. 94111

Date: June 20, 2014

_Robert H. O'Connor_
Robert H. O'Connor, Plaintiff in Pro Se

_JoAnn O'Connor_
JoAnn O'Connor, Plaintiff in Pro Se